✓#116 ✱ 12958✱

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
11 JUN 16 PM 4:31

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: MEYER, BRIAN ADAM  
      MEYER, TORREE RENEE

Case No. 08-32099

Judge MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| TSC, 2 Willipie St., PO Box 408, Wapakoneta, OH 45895 | | 1.01 |

Check for $1.01 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____  
John N. Graham, Trustee

Dated: 6/15/11

Cc:  
Office of the U.S. Trustee